ANTOINETTE BADIE, as Administratrix of the Estate of
JEAN BADIE, Deceased, Respondent, *v.* ILLINOIS SURETY
COMPANY, Appellant, Impleaded with Another.

*Badie* v. *Illinois Surety Co.*, 160 App. Div. 884, affirmed.
(Argued October 26, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 10, 1914, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
at Special Term in an action upon a surety bond executed
by defendant, appellant, to secure the faithful perform-
ance by a surviving partner of his duties in winding up
the affairs of the copartnership. In an action by plain-
tiff against said surviving partner it was found that he
had converted the assets of the copartnership to his own
use and judgment was entered in favor of plaintiff for an
amount found due her. Defendant claims that it is
not liable upon its bond for the reason that it was not
made a party to the action against its principal.

*Nelson L. Keach* for appellant.

*Frederick P. Randolph* and *George H. Francoeur* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDE-
BACK, HOGAN, CARDOZO and POUND, JJ. Not voting:
HISCOCK, J,